IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES A. WELLS AND VERONICA
WELLS, INDIVIDUALLY AND AS
CO-ADMINISTRATORS OF THE
ESTATE OF LAKETRIA WELLS                                              PLAINTIFFS

V.                                      5:08CV00177 JMM

ROY LEE JORDAN, ET AL                                                 DEFENDANTS

## DEFAULT JUDGMENT

Plaintiffs served Defendant H&P Leasing by process server on September 19, 2008. (Ex. B). H&P Leasing has not filed an Answer or any other entry of appearance to date. Pursuant to Rule 55(b)(2), Plaintiffs' Motion for Default Judgment (Docket # 9) is GRANTED. A hearing will be scheduled to determine the amount of damages.

IT IS SO ORDERED this 12th day of November 2008.

_____
James M. Moody
United States District Judge